**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7089**

STANLEY EARL CORBETT, JR.,

Plaintiff - Appellant,

v.

KENNETH LASSITER; MR. WADDELL; MR. PULLEY; MICHAEL NORRIS; OFFICER BRANTLEY; OFFICER BIXLER; OFFICER JONES; JARED WELCH; ROBERT MOORE; SERGEANT HOLLEY; OFFICER ALEXANDER; TIMMIE HICKS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:14-ct-03264-BO)

Submitted: December 21, 2015          Decided: January 6, 2016

Before NIEMEYER and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Stanley Earl Corbett, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Earl Corbett, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Corbett v. Lassiter, No. 5:14-ct-03264-BO (E.D.N.C. June 25, 2015).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED